# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Matthew Todd Beck

                                Plaintiff,

v.                                                                    Case No.: 1:18−cv−02889

                                                                    Honorable Manish S. Shah

Blue Cross and Blue Shield of Florida, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 9, 2019:

       MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation of dismissal [39], this case is dismissed with prejudice. The claims of the putative class members are dismissed without prejudice. Each party shall bear its own costs and fees. No appearance on 4/10/19 is necessary. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.